PER CURIAM.
We have for review C.S. v. State, 638 So.2d 212 (Fla. 2d DCA 1994), based on certified conflict with B.H. v. State, 622 So.2d 615 (Fla. 5th DCA 1993), aff'd in part, 645 So.2d 987 (Fla.1994). We have jurisdiction, art. V, § 3(b)(4), Fla. Const., quash the decision below, and remand for reconsideration in light of B.H.
It is so ordered.
GRIMES, C.J., OVERTON and WELLS, JJ., and McDONALD, Senior Justice, concur.
HARDING, J., concurs in part and dissents in part with an opinion.
KOGAN, J., dissents with an opinion, in which SHAW, J., concurs.